HAYNES AND BOONE, LLP
Kenneth G. Parker (Bar No. 182911)
    kenneth.parker@haynesboone.com
Christopher B. Maciel (Bar No. 300733)
    christopher.maciel@haynesboone.com
600 Anton Blvd., Suite 700
Costa Mesa, California 92626
Telephone:  (949) 202-3014
Facsimile:   (949) 202-3114

Attorneys for Defendant
Hill Country Bakery, LLC

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA – SACRAMENTO DIVISION

| | |
|---|---|
| NATIONWIDE AGRIBUSINESS INSURANCE COMPANY, an Iowa corporation,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>HILL COUNTRY BAKERY, LLC, a Texas limited liability company; AUSTIN FREIGHT SYSTEMS, INC., a Texas corporation; and DOES 1 through 30, inclusive,<br><br>　　　　　Defendants. | Case No. 2:15−CV−00488−MCE−CMK<br><br>ASSIGNED TO:<br><br>Chief Judge Morrison C. England, Jr.<br><br>REFERRED TO:<br><br>Magistrate Judge Craig M. Kellison<br><br>**JOINT MOTION AND STIPULATION TO EXTEND DEFENDANTS' TIME TO RESPOND TO INITIAL COMPLAINT; ORDER THEREON**<br><br>*Complaint Filed: February 4, 2015* |

1   WHEREAS, Plaintiff NATIONWIDE AGRIBUSINESS INSURANCE COMPANY. ("Plaintiff") filed a Complaint in the within action on February 4, 2015 and served it sometime after February 4, 2015;

WHEREAS, HILL COUNTRY BAKERY, LLC and AUSTIN FREIGHT SYSTEMS, INC. (collectively "Defendants") filed Notice of Removal on March 4, 2015;

WHEREAS , this action is related to an earlier-filed action pending before Judge Garland E. Burrell, Jr. entitled *Crain Walnut Shelling, Inc. v. Hill Country Bakery, LLC, et al.*, United States District Court Case No. 2:15-CV-00034-GEB-CMK (the "Crain Action") because the Plaintiff is seeking subrogation related to the allegations of the Crain Action;

WHEREAS, one or more of the parties will file Notice of Related Case regarding this action and the Crain Action;

WHEREAS, the parties desire to pursue settlement discussion of this action and the Crain Action and also to set response dates that are the same dates; and

WHEREAS, the parties have agreed that both Defendants may have additional time to respond to the initial Complaint to enable the parties to further discuss the merits of their respective claims and defenses and the potential to resolve this action without the need for further litigation;

IT IS HEREBY STIPULATED AND AGREED between the parties, by and through their counsel of record, and the parties hereby move this Court, as necessary, for an order providing, that Defendants shall have through and including April 13, 2015, to respond to Plaintiff's initial Complaint.

///
///
///
///

**JOINT MOTION AND STIPULATION TO EXTEND DEFENDANTS' TIME TO RESPOND TO INITIAL COMPLAINT**

| | |
|---|---|
| DATED:  March 10, 2015 | HAYNES AND BOONE, LLP<br>Kenneth G. Parker<br><br>By:   /s/  Kenneth G. Parker<br>      Kenneth G. Parker<br>      Attorneys for Defendant<br>      Hill Country Bakery, LLC<br><br>MAIRE BURGEES & DEEDON<br>Patrick L. Deedon<br><br>By:   /s/  Patrick L. Deedon<br>      Patrick L. Deedon<br>      Attorneys for Defendant<br>      Austin Freight Systems, Inc.<br>      (as authorized on March 10, 2015)<br><br>LAW OFFICE OF MCCARTHY & BEAVERS<br>Jeffery Alan Korinko<br><br>By:   /s/  Jeffery Alan Korinko<br>      Jeffery Alan Korinko<br>      Attorneys for Plaintiff<br>      Nationwide Agribusiness Insurance Company<br>      (as authorized on March 10, 2015) |

## ORDER

The Court having reviewed the foregoing Stipulation, and good cause appearing therefor:

**IT IS HEREBY ORDERED** that both Defendants shall have through and including April 13, 2015, to respond to Plaintiff's initial Complaint.

Dated:  March 12, 2015

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT