Jeffery A. Korinko, SBN 171913
LAW OFFICE OF McCARTHY & BEAVERS
4685 MacArthur Court, Suite 200
Newport Beach, CA 92660
Telephone: (949) 553-1359
Facsimile: (949) 250-5537
File No. 13-015440

Attorneys for Plaintiff, NATIONWIDE AGRIBUSINESS INSURANCE COMPANY

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA – SACRAMENTO DIVISION

| | |
|---|---|
| NATIONWIDE AGRIBUSINESS INSURANCE COMPANY,<br><br>　　　　　　　Plaintiff,<br><br>　vs.<br><br>HILL COUNTRY BAKERY, LLC, a Texas Limited Liability Company; AUSTIN FREIGHT SYSTEMS, INC., a Texas Corporation; and DOES 1 through 30, inclusive,<br><br>　　　　　　　Defendants.<br><br>AND RELATED MATTERS. | Case No. 2:15-CV-00488-MCE-CMK<br><br>ASSIGNED TO:<br>Chief Judge Morrison C. England, Jr.<br><br>REFERRED TO:<br>Magistrate Judge Craig M. Kellison<br><br>**REQUEST FOR DISMISSAL; ORDER**<br><br>Complaint Filed: February 4, 2015 |

**TO THE HONORABLE COURT AND TO ALL PARTIES HEREIN:**

　　Pursuant to a Mutual Settlement Agreement and General Release entered into between Plaintiff, NATIONWIDE AGRIBUSINESS INSURANCE COMPANY, and Defendants, HILL COUNTRY BAKERY, LLC, and AUSTIN FREIGHT SYSTEMS, INC., the parties hereby request that all parties be dismissed with prejudice from the

above-entitled action.

Dated: April 20, 2015							LAW OFFICE OF McCARTHY & BEAVERS


							By: _____
							     JEFFERY A. KORINKO
							     Attorneys for Plaintiff,
							     NATIONWIDE AGRIBUSINESS
							     INSURANCE COMPANY


Dated: April _____, 2015						MAIRE BURGEES & DEEDON


							By: _____
							     PATRICK L. DEEDON
							     Attorneys for Defendant,
							     AUSTIN FREIGHT SYSTEMS, INC.


Dated: April 20, 2015							HAYNES AND BOONE, LLP


							By:   /s/ Kenneth G. Parker_____
							     KENNETH G. PARKER
							     Attorneys for Defendants,,
							     HILL COUNTRY BAKERY, LLC

**ORDER**

IT IS HEREBY ORDERED that the Complaint and any and all claims for relief of Plaintiff, NATIONWIDE AGRIBUSINESS INSURANCE COMPANY, in case number 2:15-CV-00488-MCE-CMK, filed in the United States District Court for the Eastern District of California are hereby dismissed with prejudice. The Clerk of the Court is directed to close this case.

**IT IS SO ORDERED.**

Dated:  May 19, 2015

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT